IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **KHANI, BEHZAD**,<br><br>        Petitioner,<br><br>    v.<br><br>**CAMILLA WAMSLEY**, Seattle Field Office Director, Immigration and Customs Enforcement and Removal Operations; **TODD LYONS**, Acting Director of Immigration Customs Enforcement; **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM**, Secretary of the Department of Homeland Security; **U.S. DEPARTMENT OF HOMELAND SECURITY;** and **PAMELA BONDI**, Attorney General of the United States,<br><br>        Respondents. | Case No. 3:25-cv-1551-SI<br><br>(Agency No. A095-196-135)<br><br>**ORDER** |

**Michael H. Simon, District Judge.**

      Petitioner has filed a Petition for Writ of Habeas Corpus. Petitioner is a 64-year-old citizen of Iran who 22 years ago was granted withholding from removal by an immigration judge in the United States, after finding that Petitioner's life or freedom would be threatened if he were removed to Iran. Since 2016, Petitioner has been under an Order of Supervision issued by

PAGE 1 – ORDER

Immigration and Customs Enforcement ("ICE"). Petitioner has fully complied with all terms and conditions of the Order of Supervision. Petitioner owns a construction business that does business in Oregon and Washington. He pays taxes in the United States and has two U.S. citizen children. He has not committed any crime.

Petitioner has a scheduled check-in with ICE on September 2, 2025. Despite the above facts, Petitioner alleges that he has a reasonable fear that Respondents intend to arrest, detain, and deport Petitioner to a third country based not on his particular facts but on a general application of President Donald Trump's mass deportation policy. Petitioner bases this belief on executive orders issued by President Trump and how Respondents have interpreted and implemented those orders and policies during the past several months. Petitioner also alleges that he currently is considered in custody for purposes of 28 U.S.C. § 2241 and the Court's jurisdiction to hear Petitioner's Petition before he is physically detained.

In the Petition for Writ of Habeas Corpus, Petitioner requests that the Court: (1) assume jurisdiction over this matter; (2) order Respondents to show cause within three days why the Petition should not be granted; (3) declare that Petitioner's detention without an individualized determination violates the Fifth Amendment's Due Process Clause; (4) declare that Respondents' revocation of Petitioner's Order of Release on Recognizance is illegal; (5) issue a Writ of Habeas Corpus ordering Petitioner's release from custody; (6) issue an Order prohibiting Respondents from transferring Petitioner out of the District of Oregon without prior approval of the Court; (7) award Petitioner his attorney's fees and costs; and (8) grant any other relief that the Court deems just and proper.

Upon review of the Petition, the Court HEREBY ORDERS:

1.        Petitioner shall promptly serve a copy of this Order upon Respondents and the interim United States Attorney for the District of Oregon, Scott E. Bradford (Scott.Bradford@usdoj.gov). The Court Clerk shall also serve a courtesy copy on the interim United States Attorney for the District of Oregon.

2.        The parties shall, after conferring, submit a proposed briefing schedule on the Petition to the Court not later than September 9, 2025.

3.        In aid of the Court's jurisdiction, the Court hereby orders pursuant to the All Writs Act, 28 U.S.C. § 1651, that Defendants shall not cause Petitioner to be detained or moved out of the District of Oregon during the pendency of this case without prior leave of this Court.

**IT IS SO ORDERED.**

DATED this 2nd day of September, 2025.

_____
Michael H. Simon
United States District Judge